UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL KAMCHEE,<br><br>Defendant. | NO.  CR20-189 MAT<br><br>**CRIMINAL INFORMATION**<br><br>**Misdemeanor:** 18 U.S.C. § 641 |

The United States Attorney charges that:

### Count One

### (Theft of Government Property)

On or about November 2, 2018, in King County, in the Western District of Washington, the defendant, MICHAEL KAMCHEE, willfully and knowingly did steal and purloin a Stihl TS-360 cutoff saw, which was the goods and property of the United States.

All in violation of 18 U.S.C. § 641.

### ASSET FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, the Defendant MICHAEL KAMCHEE shall forfeit to the

United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense. This property includes, but is not limited to a sum of money reflecting the proceeds the Defendant obtained from the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the Defendant,

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or,
e. has been commingled with other property which cannot be divided without difficulty;

//
//
//

1 it is the intent of the United States to seek the forfeiture of any other property of the
2 defendant, up to the value of the above-described forfeitable property, pursuant to Title
3 21, United States Code, Section 853(p).

DATED this ___4th___ day of November, 2020.

*Sarah G. Vogel, for*
BRIAN T. MORAN
United States Attorney

/s/ S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

/s/ Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ
Assistant United States Attorney